AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the

Judicial District of New Mexico

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Black Outdoor Products Backpack | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18mr622 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Black Outdoor Products Backpack, currently located in evidence at the Bureau of Land Management Office at 301 Dinosaur Trail, Santa Fe, NM 87508
located in the _____Judicial_____ District of _____New Mexico_____, there is now concealed *(identify the person or describe the property to be seized)*:
Any illegal controlled substances or associated paraphernalia

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 844(a) | Possession of Controlled Substance |

The application is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Adam Hurt, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/18/18

City and state: ALBUQUERQUE, NEW MEXICO

*Judge's signature*

Steven C. Yarbrough
*Printed name and title*
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF a **Black Outdoor Products Backpack** that is stored at the Office of the Bureau of Land Management in Santa Fe, New Mexico | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR AN SEARCH WARRANT**

I, the undersigned, being duly sworn, hereby depose and state as follows:

1. My name is Adam Hurt and I have been a Special Agent with the U.S. Department of the Interior for 7 year.  Before that, I was a Uniformed Officer with the Department of the Interior for 13 years. I am a graduate of Land Management Police Training and Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia.  I have a Bachelor's degree in Business Administration with a minor in Recreational Leadership.  I have been involved in over 10 search warrants in my career.
2. Ranger Michael Carpenter has been a Law Enforcement Officer with the United States Department of Interior for 10 years and prior to that Ranger Carpenter was a city police officer in Lincoln, Nebraska for 4 years. He has been a K9 handler for 6 years and have completed two basic K9 handler classes. He completed the Land Management Police Training program in Glynco, GA and a state police academy in Nebraska. He also has a bachelor's degree from Chadron State College in Criminal Justice.
3. Police Service Dog (PSD) "Enzo" completed 240 hours of training in narcotics detection and patrol work at Shallow Creek Kennels. PSD "Enzo" and Ranger Carpenter completed a 180 hours' basic police K9 course together consisting of narcotic detection and patrol work. PSD "Enzo" and Ranger Carpenter are currently certified as a police K9 team through the Bureau of Land Management, the Nevada 11th Judicial State District Court, and the Lake Township, Nevada Judicial Court.
4. "Enzo" and Ranger Carpenter are certified in the detection of narcotics (marijuana, cocaine, heroin, methamphetamine, and ecstasy) and patrol. "Enzo" and Ranger Carpenter complete an average of 4 hours of training per week in narcotic detection and patrol work.
5. The information in this affidavit is based on information provided by other law enforcement officers. The information in this affidavit is provided for the limited purpose

of establishing probable cause. The information is not a complete statement of all the facts related to the case.

6. On 7/15/18 Ranger Carpenter noticed an unoccupied vehicle with expired registration. The Federal Law Enforcement Communication (FLECC) advised Ranger Carpenter that the vehicle was expired and the registered owner, Jason WIEDEMAN, had an outstanding warrant. An individual the approached the vehicle and identified themselves as WIEDEMAN. WIEDEMAN has a strong odor of alcohol on his person. Ranger Carpenter detained WIEDEMAN on a Santa Fe County, NM warrant. The Santa Fe County Sherriff's Department responded to his location and took custody of WIEDEMAN.
7. While waiting for Sherriff's Department, the Federal Law Enforcement Communication (FLECC) advised Ranger Carpenter that WIEDEMAN had a history of narcotics charges. PSD "Enzo" was deployed and conducted a free air sniff around the vehicle. While walking around the vehicle PSD "Enzo" alerted to the odor of narcotics coming from a backpack next to the vehicle. Ranger Carpenter observed WIEDEMAN carrying this backpack when he initially contacted him. He placed the backpack next to the vehicle on his own without direction from Ranger Carpenter.
8. Through his training and experience, Ranger Carpenter is aware that an alert by PSD "Enzo" to the exterior of a bag is an indication that narcotics are present or were present in the vehicle.
9. I reasonably believe that if a search is conducted of the black Outdoor Products Backpack, narcotics or paraphernalia will be discovered.
10. This affiant is asking for entry into black Outdoor Products Backpack. This warrant will be served with a minimum of two officers present.
11. Based on the foregoing facts, I respectfully request a search warrant be issued to search the locations described in the search warrant for the items listed in the search warrant.

Respectfully submitted,

_____
Adam Hurt, BLM Special Agent

Signed and Sworn before me this 18th day of July, 2018,

_____
United States Magistrate Judge Yarbough